# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-03-00388-CV

**Jimmie Luecke Children Partnership, Ltd., Appellant**

**v.**

**Elaine Pruncutz, John Pruncutz, and Amy Peters, Appellees**

**FROM THE DISTRICT COURT OF LEE COUNTY, 21ST JUDICIAL DISTRICT
NO. 11, 936, HONORABLE DON B. MORGAN, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Jimmie Luecke Children Partnership, Ltd. has notified this Court that appellee Elaine Pruncutz has filed for bankruptcy under Title 7, United States Bankruptcy Code (case number 04-16266-frm, United States Bankruptcy Court, Western District of Texas, Austin Division). *See* Tex. R. App. P. 8.1. In accordance with the automatic stay under federal law and the state rules of appellate procedure, this appeal is suspended until an event occurs that would allow the appeal to be reinstated. 11 U.S.C. § 362; Tex. R. App. P. 8.2. Any party may move for reinstatement when and if appropriate. *See* Tex. R. App. P. 8.3. Failure to notify the Court of an event allowing reinstatement will result in dismissal for want of prosecution.

David Puryear, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Filed:   January 27, 2005